| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF UTAH |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Capstone Consulting, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **55-0838750** |
| **4.** | **Debtor's address** | **Principal place of business** **1755 North 1780 East** **North Logan, UT 84341** Number, Street, City, State & ZIP Code  **Cache** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **1200 East 1400 North North Logan, UT 84341** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.mountainsidelogan.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Capstone Consulting, LLC**      Case number (*if known*)
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2372__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Capstone Consulting, LLC** _____  Case number (*if known*) _____
Name

List all cases. If more than 1,
attach a separate list

Debtor _____  Relationship _____

District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor　**Capstone Consulting, LLC**　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**February 18, 2025**
　　　　　　　　MM / DD / YYYY

**X /s/ Brent J. Lawyer**　　　　　　　　　　　　　　**Brent J. Lawyer**
Signature of authorized representative of debtor　　Printed name

Title　**Managing Member**

**18. Signature of attorney**

**X /s/ George B. Hofmann**　　　　　　　　　Date　**February 18, 2025**
Signature of attorney for debtor　　　　　　　　　　　MM / DD / YYYY

**George B. Hofmann**
Printed name

**Cohne Kinghorn, P.C.**
Firm name

**111 E. Broadway, 11th Floor**
**Salt Lake City, UT 84111**
Number, Street, City, State & ZIP Code

Contact phone　**801-363-4300**　　　Email address

**10005 UT**
Bar number and State

Logan, Utah
February 18, 2025

## CONSENT OF THE MEMBERS OF
## CAPSTONE CONSULTING, LLC

Capstone Commercial Finance, LLC and Brent J. Lawyer (the "Members"), being all of the Members of Capstone Consulting, LLC (the "Company"), do hereby approve, consent to, confirm, ratify and adopt the following actions being undertaken on behalf of the Company.

### RECITALS

The Members believe that it is in the best interest of the Company to evaluate restructuring options and to vest Brent J. Lawyer with all rights, powers, and authority necessary and appropriate for restructuring the Company including, but not limited to, filing a petition for relief under Chapter 11 of the Bankruptcy Code, if Brent J. Lawyer deems it appropriate; and

The Members believe it is in the best interest of the Company to engage such restructuring professionals as are necessary or appropriate to assist in the restructuring of the Company, and to approve and ratify the Company's engagement of Cohne Kinghorn, P.C. for that purpose.

### RESOLUTIONS AND ACTIONS

WHEREFORE, IT IS HEREBY RESOLVED AND RATIFIED that the Company will be managed by Brent J. Lawyer (the "Managing Member"); and

IT IS HEREBY FURTHER RESOLVED that in accordance with the powers of the Member specified in the Company's Operating Agreement, the Managing Member is authorized to execute and deliver any agreement in the name of the Company and to otherwise obligate the Company with respect to the business of the Company; and

IT IS HEREBY FURTHER RESOLVED that the Managing Member of the Company is and was authorized to engage Cohne Kinghorn, P.C. as legal counsel to assist the Company for a possible bankruptcy filing, and to serve as the Company's general bankruptcy counsel in the event of a Chapter 11 filing; and

IT IS HEREBY FURTHER RESOLVED that the Managing Member of the Company is authorized and directed to sign and file on behalf of the Company a petition for relief under Chapter 11 of the United States Bankruptcy Code, as well as related papers that are necessary or appropriate in connection with the bankruptcy petition; and

1

IT IS HEREBY FURTHER RESOLVED AND RATIFIED that any and all past actions heretofore taken by the Managing Member of the Company in the name of and on behalf of the Company in furtherance of any or all of the resolutions contained herein be, and the same hereby are, ratified, approved, and adopted; and

The authority provided to the Managing Member under this Consent shall remain in effect until revoked by the Member and is provided to Managing Member without power of substitution. This Consent shall be filed with the minutes of the proceedings of the Company and shall be effective as of the date first above written.

A facsimile of this Consent or of a signature of any party shall be effective as an original. This Consent may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

MEMBERS:

CAPSTONE COMMERCIAL FINANCE, LLC

_____
By: Brent J. Lawyer
Its: Managing Member

_____
Brent J. Lawyer, Managing Member

2

4914-6103-0676, v. 1