# United States Bankruptcy Court
## District of Utah

In re  **Capstone Consulting, LLC**  
Debtor(s)

Case No.  **25-20752**  
Chapter  **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule G**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**City of Logan, 290 North 100 West, Logan, UT 84321**

Date:  **May 15, 2025**

/s/ George B. Hofmann  
**George B. Hofmann**  
Attorney for Debtor(s)  
**Cohne Kinghorn, P.C.**  
**111 E. Broadway, 11th Floor**  
**Salt Lake City, UT 84111**  
**801-363-4300 Fax:801-363-4378**

**Fill in this information to identify the case:**

Debtor name: **Capstone Consulting, LLC**

United States Bankruptcy Court for the: **DISTRICT OF UTAH**

Case number (if known): **25-20752**

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Construction and development of Mountainside Estates, approximately 26.14 acres, located at the SE corner of 1200 E 1400 N, Logan, UT 84321** | **City of Logan**<br>**290 North 100 West**<br>**Logan, UT 84321** |
| State the term remaining | |
| List the contract number of any government contract | |

# United States Bankruptcy Court
### District of Utah

In re **Capstone Consulting, LLC**  
Debtor(s)

Case No. **25-20752**  
Chapter **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule G, consisting of __1__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 15, 2025**

Signature **/s/ Brent J. Lawyer**  
**Brent J. Lawyer**  
**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.